IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL ANTHONY HILL,<br>Petitioner, | )<br>)<br>) |
| v. | ) No. 3:07-CV-1470-O<br>) |
| NATHANIEL QUARTERMAN, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br>Respondent. | )<br>)<br>)<br>)<br>) |

## FINDINGS OF THE COURT

After making an independent review of the pleadings, files and records in this case, and of the Findings, Conclusions and Recommendation of the United States Magistrate Judge and the petitioner's objections thereto, I am of the opinion that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

IT IS THEREFORE ORDERED that the petition for writ of habeas corpus is hereby DENIED.

The clerk of court shall transmit copies of this order to petitioner and to counsel for respondent.

SO ORDERED this 27th day of August, 2008.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**